UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA REYNOLDS,

Plaintiff,

- against –

EQUIFAX INFORMATION SERVICES LLC, ET AL.,

Defendants.

26-cv-7632 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to appear by telephone for a conference in connection with the defendants' anticipated motion to dismiss on **Thursday, November 19, at 12:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
November 13, 2026

John G. Koeltl
United States District Judge